IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| YVETTE NORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:22cv00096 |
| | ) | |
| v. | ) | **JUDGMENT ORDER** |
| | ) | |
| LEONARD'S EXPRESS, INC., | ) | |
| | ) | By:   Hon. Thomas T. Cullen |
| Defendant. | ) | United States District Judge |

This matter was tried to a jury on May 22–25, 2023. Consistent with the verdict returned by the jury on May 25 (ECF No. 159), judgment is hereby **ENTERED** in favor of Plaintiff Yvette Norman on her negligence claim against Defendant Leonard's Express, Inc., and damages are awarded in the amount of **three million five hundred thousand dollars ($3,500,000.00)**.

The clerk is directed to forward a copy of this Judgment Order to all counsel of record.

**ENTERED** this 25th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　_/s/ Thomas T. Cullen_
　　　　　　　　　　　　　　　　　　　　HON. THOMAS T. CULLEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE